UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANNA HARDEE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KILOLO KIJAKAZI, Acting Commissioner of ) <br> Social Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 4:20-CV-103-BO** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiffs motion for judgement on the pleadings [DE 19] is GRANTED. Defendant's motion for judgement on the pleadings [DE 21] is DENIED. The decision of the ALJ is REVERSED and this matter is REMANDED to the Commissioner for an award of benefits.

**This Judgment Filed and Entered on September 27, 2021, and Copies To:**
Derrick Kyle Arrowood                    (via CM/ECF electronic notification)
Mark J. Goldenberg                        (via CM/ECF electronic notification)
Amanda B. Gilman                          (via CM/ECF electronic notification)

DATE:                                                PETER A. MOORE, JR., CLERK
September 27, 2021                          (By) /s/ Nicole Sellers
                                                            Deputy Clerk